UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DONNA SMITH,

    Plaintiff,

vs.                                  CASE NO: 07-80464-CIV-HURLEY/HOPKINS

CARLTON ASSET MANAGEMENT,
ANDREW ALAN WILSHIRE,
MARK L. MODIST, JAMES JOSEPH
RUSSO, and JON PAUL VASTA,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT MARK MODIST

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiff Donna Smith and Defendant Mark Modist hereby stipulate to the dismissal with prejudice of Defendant Mark Modist, with each party to bear their respective attorney's fees and costs.

Respectfully submitted:

| | |
|---|---|
| HomerBonner<br>Attorneys for Defendant<br>Mark Modist<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 350-5139<br>Telecopier: (305) 982-0063<br><br>By:   Peter W. Homer<br>       (Bar No. 28183) | Blum & Silver, LLP<br>Attorneys for Plaintiff<br>12540 W. Atlantic Boulevard<br>Coral Springs, FL 33071<br>Phone: (954) 255-8181<br>Fax: (954) 255-8175<br><br><br>By:   Scott L. Silver |