UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80464-CIV-HURLEY

DONNA SMITH,
    plaintiff,

vs.

**CLOSED CASE**

CARLTON ASSET MANAGEMENT, et al.,
    defendants.
_____/

### ORDER OF FINAL DISMISSAL WITH PREJUDICE AND CLOSE-OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation for dismissal with prejudice filed July 26, 2007. [DE# 14] Having considered the stipulation, it is hereby

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED WITH PREJUDICE,** with each side to bear its own costs and attorneys' fees.

2. There being nothing further for the court to resolve, it is further ordered that the Clerk of the Court shall enter the case as **CLOSED** and terminate all pending motions as **MOOT.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _27_ day of July, 2007.

                                        Daniel T. K. Hurley
                                   United States District Judge

Copies furnished:
all counsel