UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80464-CIV-HURLEY/HOPKINS

DONNA SMITH,

    Plaintiff,

v.

CARLTON ASSET MANAGEMENT, et al.,

    Defendants.
_____/

## ORDER RE-OPENING CASE

**THIS CAUSE** is before the court *sua sponte* upon review of the case file. On July 30, 2007, this court entered an order closing the above-styled action on the basis of a joint stipulation of dismissal filed in this case. Upon further review of the joint stipulation, however, the court notes that this case was dismissed with prejudice as to defendant Mark Modist only.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1.    The court's July 30, 2007 order of close out [DE # 16] is **VACATED**.

2.    The Clerk of the Court is directed to **RE-OPEN** this case.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida, this 30th day of July, 2007.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*